No. 292, Misc. ROBINSON *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Burton B. Roberts* and *Daniel J. Sullivan* for respondent.

No. 541, Misc. MCALLISTER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 543, Misc. ROOTS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Jerome M. Feit* for the United States.

No. 618, Misc. TYLER *v.* MCMANN, WARDEN. C. A. 2d Cir. Certiorari denied. *Harry C. Batchelder, Jr.,* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Lillian Z. Cohen,* Assistant Attorney General, for respondent.

No. 667, Misc. HALE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 699, Misc. STUCKEY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Jerome M. Feit* for the United States.

No. 710, Misc. WILLOCK *v.* KENTUCKY. Ct. App. Ky. Certiorari denied. *David Kaplan* for petitioner. *John B. Breckinridge,* Attorney General of Kentucky, and *James H. Barr,* Assistant Attorney General, for respondent.